| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynch, Sandra L. | 2. Court or Organization<br><br>U.S. Court of Appeals, 1st Cir | 3. Date of Report<br><br>5/31/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>1 Courthouse Way, Suite 8710<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Lynch, Sandra L.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Self-employed: legal services |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | 03/23/10 - 03/24/10 | New Haven, CT | Supreme Ct. Advocacy Clinic | Transportation, meals, lodging |
| 2. | Columbia Law School | 04/12/10 - 04/13/10 | New York, NY | Moot Court | Meals, lodging |
| 3. | AZ State University | 04/23/10 - 04/26/10 | Tempe, AZ | Nat'l Forum on Future of Legal Ed. | Transportation, meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fidelity Mass Muni MM | A | Dividend | L | T | | | | | |
| 2. Bank of America | A | Interest | K | T | | | | | |
| 3. FIDELITY TRADITIONAL IRA | B | Dividend | M | T | | | | | |
| 4. - Fidelity Disciplined Equity | | | | | Buy (add'l) | 03/25/10 | J | | |
| 5. - Fidelity Cash Reserves | | | | | | | | | |
| 6. Fidelity Investments Core Cash | A | Interest | J | T | | | | | |
| 7. ABA Members Retirement Plan (See note, Section VIII) | A | Dividend | J | T | | | | | |
| 8. - Stable Asset Return Fund | | | | | | | | | |
| 9. IRA ROLLOVER ACCOUNT | E | Dividend | P1 | T | | | | | |
| 10. - Fidelity Advisor Equity Income | | | | | Sold (part) | 03/10/10 | J | | |
| 11. | | | | | Sold (part) | 10/22/10 | J | A | |
| 12. - Fidelity Low Priced Stock | | | | | Buy (add'l) | 03/10/10 | J | | |
| 13. - Fidelity Dividend Growth | | | | | | | | | |
| 14. - Fidelity Capital and Income | | | | | Sold (part) | 06/23/10 | J | A | |
| 15. | | | | | Sold (part) | 12/22/10 | J | B | |
| 16. - Fidelity Invest Grade | | | | | Sold (part) | 06/23/10 | J | A | |
| 17. | | | | | Buy (add'l) | 12/22/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Capital Appreciation | | | | | Sold | 03/10/10 | K | D | |
| 19. - Fidelity Large Cap Value | | | | | | | | | |
| 20. - Fidelity Blue Chip Growth | | | | | Buy (add'l) | 03/10/10 | J | | |
| 21. - Fidelity Advisor Strategic Inc CL I | | | | | Buy (add'l) | 12/22/10 | J | | |
| 22. - Fidelity Inflation Protected Bond | | | | | Buy (add'l) | 12/22/10 | J | | |
| 23. - Fidelity Ultra-Short Bond | | | | | | | | | |
| 24. - Fidelity Total Bond | | | | | Sold (part) | 03/10/10 | J | A | |
| 25. | | | | | Sold (part) | 06/23/10 | J | A | |
| 26. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 27. | | | | | Buy (add'l) | 12/22/10 | J | | |
| 28. - Fidelity Advisor Mid Cap II CL I | | | | | Buy (add'l) | 03/10/10 | J | | |
| 29. | | | | | Sold (part) | 12/22/10 | J | | |
| 30. - Spartan 500 Index FID Advantage | | | | | Sold (part) | 03/10/10 | J | | |
| 31. - Fidelity Advisor New Insights Cl I | | | | | Sold (part) | 03/10/10 | J | A | |
| 32. - Fidelity Growth Company | | | | | Sold (part) | 12/22/10 | J | A | |
| 33. - Fidelity Advisor High Income CL I | | | | | Sold (part) | 12/22/10 | J | | |
| 34. - Fidelity Short Term Bond | | | | | Buy (add'l) | 06/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 12/22/10 | J | | |
| 36. -Strategic ADV US Oppty II (formerly FID PAS US Opp Fid) | | | | | Buy (add'l) | 03/10/10 | J | | |
| 37. | | | | | Sold (part) | 12/22/10 | J | | |
| 38. - Strategic ADV Int'l II (formerly FID PAS Int'l Fd) | | | | | Buy (add'l) | 03/10/10 | J | | |
| 39. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 40. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 41. | | | | | Sold (part) | 10/22/10 | K | | |
| 42. | | | | | Buy (add'l) | 12/22/10 | J | | |
| 43. - Fidelity Small Cap Growth | | | | | | | | | |
| 44. -Fidelity Disciplined Equity | | | | | | | | | |
| 45. -Fidelity Equity Income | | | | | Sold (part) | 03/10/10 | J | | |
| 46. -Fidelity Independence | | | | | | | | | |
| 47. -Fidelity Fund | | | | | Sold (part) | 03/10/10 | J | | |
| 48. - Fidelity Magellan | | | | | Sold (part) | 03/10/10 | J | | |
| 49. -Fidelity Value | | | | | Sold (part) | 03/10/10 | J | | |
| 50. -Fidelity Money Market | | | | | Closed | 10/22/10 | J | | |
| 51. -Fideliy Emerging Markets | | | | | Buy (add'l) | 10/22/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 10/25/10 | J | | |
| 53. | | | | | Sold (part) | 12/22/10 | J | B | |
| 54. -Fidelity Commodity Strategy Fund | | | | | Buy (add'l) | 03/10/10 | J | | |
| 55. | | | | | Sold (part) | 06/23/10 | J | | |
| 56. -Fidelity Small Cap Value | | | | | | | | | |
| 57. -Fidelity Select Gold | | | | | Buy (add'l) | 06/23/10 | J | | |
| 58. -Fidelity Stock Selector All Cap Fd | | | | | Buy | 03/10/10 | K | | |
| 59. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 60. -Fidelity Focused High Income Fund | | | | | Buy | 12/22/10 | J | | |
| 61. -FIMM MMKT Port Inst Cl | | | | | Open | 10/22/10 | J | | |
| 62. Esplanade Capital Ptnrs I LLC (See note section VIII) | F | Dividend | N | U | | | | | |
| 63. Condominium, Carrabassett Vallley, ME | C | Rent | M | W | | | | | |
| 64. PAS BROKERAGE ACCOUNT | | | | | | | | | |
| 65. - Fidelity Municipal Income | A | Dividend | K | T | | | | | |
| 66. - Fidelity Short-Intermediate Muni Income | A | Dividend | J | T | | | | | |
| 67. - Fidelity Municpal Money Market | A | Dividend | J | T | | | | | |
| 68. -DWS Strategic High Yield Tax Free Cl S | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 –More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -DWS Managed Muni Bond Cl S | A | Dividend | J | T | Sold (part) | 03/02/10 | J | A | |
| 70. -Manning & Napier World Oppt Ser Cl A | | None | | | Sold | 03/02/10 | J | | |
| 71. -Fidelity Advisor Int'l Discovery CL I | A | Dividend | J | T | | | | | |
| 72. -Fidelity Real Estate Investment | A | Dividend | J | T | | | | | |
| 73. -Fidelity Capital & Income | A | Dividend | J | T | Sold (part) | 03/02/10 | J | A | |
| 74. -Aston/Montag & Caldwell Grwth CL N | A | Dividend | J | T | | | | | |
| 75. -Cambiar Opportunity Investor CL | A | Dividend | J | T | Buy (add'l) | 03/02/10 | J | | |
| 76. | | | | | Sold (part) | 05/13/10 | J | A | |
| 77. -Champlain Small Co. Fund Adv CL Conf | | None | J | T | | | | | |
| 78. -Allianz NFJ Small Cap Val Admin Class | A | Dividend | J | T | | | | | |
| 79. -Artisan Intl Value Fund Inv CL | A | Dividend | J | T | | | | | |
| 80. -Artio Internatl Equity Fund II CL A | A | Dividend | J | T | | | | | |
| 81. -Baron Growth | | None | J | T | | | | | |
| 82. -William Blair Int'l Growth Class N | A | Dividend | J | T | | | | | |
| 83. -DWS MA Tax Free Class S | A | Dividend | J | T | Sold (part) | 07/19/10 | J | A | |
| 84. -Davis New York Venture Class A | A | Dividend | J | T | | | | | |
| 85. -Eaton Vance Tax Mgd Value Class A | A | Dividend | J | T | Sold (part) | 05/13/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -American Europacific Growth Class F1 | | None | | | Sold | 03/02/10 | J | | |
| 87. -Fam Value | A | Dividend | J | T | | | | | |
| 88. -JPMorgan Mid-Cap Value Fn Select CL | A | Dividend | J | T | | | | | |
| 89. -Hartford Growth Class A | | None | J | T | | | | | |
| 90. -Hartford Growth Opportunity Class A | | None | J | T | | | | | |
| 91. -Hotchkins & Wiley Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 92. -Janus Fund Class T Shs (corrected name) | A | Dividend | J | T | | | | | |
| 93. -MFS Research Intl Class A | | None | | | Sold | 03/02/10 | J | | |
| 94. -Mainstay Lg Cap Grwth Fund Class A | | None | J | T | | | | | |
| 95. -Mutual Series Mutual Shares Class A | | None | | | Sold | 05/13/10 | J | A | |
| 96. -Pimco Real Return Administrative Class | A | Dividend | J | T | Sold (part) | 03/02/10 | J | A | |
| 97. -Pimco Commodity Real Ret Strat Admin | A | Dividend | J | T | Buy (add'l) | 03/02/10 | J | | |
| 98. | | | | | Buy (add'l) | 05/13/10 | J | | |
| 99. | | | | | Sold (part) | 07/19/10 | J | | |
| 100. -T Rowe Price High Yield Advisor Cl | A | Dividend | J | T | | | | | |
| 101. -T Rowe Price Equity Income Advisor CL | A | Dividend | K | T | | | | | |
| 102. -T Rowe Price Intl Bond Advisor CL | A | Dividend | | | Sold | 03/02/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -SSGA Emerging Markets | A | Dividend | J | T | | | | | |
| 104. -Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 03/02/10 | J | | |
| 105. -Thornburg Intl Value CL A | A | Dividend | | | Sold | 11/30/10 | J | A | |
| 106. -Thornburg Value Class A | A | Dividend | J | T | | | | | |
| 107. -Fidelity Diversified Int'l | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 108. -Fidelity Mass Muni Income | A | Dividend | J | T | Buy | 05/13/10 | J | | |
| 109. -Alliance Muni Inc II Mass Cl A | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 110. -Credit Suisse Commd Rtn Strgy Com Shr | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 111. -EV Parametric Strctd Emerging Mkts Cl A | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 112. -Harbor Int'l Admin Cl | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 113. -JPMorgan US Equity FD Sel Cl | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 114. -MFS Int'l Div Fd A | A | Dividend | J | T | Buy | 05/13/10 | J | | |
| 115. | | | | | Sold (part) | 07/19/10 | J | | |
| 116. -SPDR S&P 500 ETF Tr Unit Ser 1 S&P | A | Dividend | | | Buy | 05/17/10 | J | | |
| 117. | | | | | Sold | 07/21/10 | J | | |
| 118. -Willima Blair Growth Cl N | | None | | | Buy | 07/19/10 | J | | |
| 119. IRA ROLLOVER ACCT NO 2 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Fidelity Cash Reserves | | | | | | | | | |
| 121. IRA- 3 | E | Int./Div. | P1 | T | | | | | |
| 122. -Schwab ADV Cash Reserve-Premier Sweep | | | | | Buy (add'l) | 08/13/10 | N | | |
| 123. -GE Capital Finl Inc Retail CD | | | | | Redeemed | 01/15/10 | L | | |
| 124. -Bank Amer NA Charlotte CD | | | | | Redeemed | 04/22/10 | L | | |
| 125. -Freeport-McMoran Copper & Gold Inc | | | | | | | | | |
| 126. - Praxair Inc | | | | | | | | | |
| 127. -Rio Tinto PLC | | | | | | | | | |
| 128. -Vale S A ADR | | | | | | | | | |
| 129. -Caterpillar Inc | | | | | | | | | |
| 130. -General Electric | | | | | | | | | |
| 131. -United Technologies | | | | | | | | | |
| 132. -Altria Group Inc | | | | | | | | | |
| 133. -Diageo PLC Spon ADR | | | | | | | | | |
| 134. -Pepsico Inc | | | | | | | | | |
| 135. -Philip Morris Intl Inc | | | | | | | | | |
| 136. -Genzyme Corp | | | | | Sold | 08/30/10 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Gilead Sciences Inc | | | | | | | | | |
| 138. -Johnson & Johnson Com | | | | | | | | | |
| 139. -Medtronic Inc | | | | | | | | | |
| 140. -United Healthcare Corp | | | | | | | | | |
| 141. -Varian Medical Systems Inc | | | | | | | | | |
| 142. -Apache Corp | | | | | | | | | |
| 143. -Chesapeake Energy Corp | | | | | | | | | |
| 144. -Devon Energy Corp | | | | | | | | | |
| 145. -EOG Resources Inc | | | | | | | | | |
| 146. -American Express | | | | | | | | | |
| 147. -Goldman Sachs Group | | | | | | | | | |
| 148. -Apple Inc | | | | | | | | | |
| 149. -EMC Corp- Mass | | | | | | | | | |
| 150. -Google Inc | | | | | | | | | |
| 151. -Parametric Technology Corp | | | | | | | | | |
| 152. -Kinder Morgan Mgmt LLC | | | | | Sold (part) | 07/31/10 | J | | |
| 153. -America Movil S.A.B DE C.V. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -PIMCO FDS PAC Invst MGM Real Retrn | | | | | | | | | |
| 155. -Lehman Bros Hldgs Inc NT Barr S&P (see note in Sec. VIII) | | | | | Sold | 07/19/10 | L | | |
| 156. SI INVEST ACCOUNT | | | | | | | | | |
| 157. -Schwab ADV Cash Reserv | A | Interest | J | T | | | | | |
| 158. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investment limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII, ABA Members Retirement Plan - The plan sponsor does not provide detail transaction information to plan participants. Plan participants receive an annual report showing which plan funds they are invested in, the plan value, total contributions, total distributions, and net realized and unrealized gains. The plan participant recieved a monthly minimum required distribution.

Part VII - Esplanade Capital Ptnrs I LLC is a non-publicly traded LLC.

Part VII, IRA 3 - Lehman Bros Holding Inc NT Barr S&P - now deemed worthless

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra L. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544